4

United States District Court
Southern District of Texas
ENTERED

JUN 2 7 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CHARLES R. ANDRUS,<br>    Plaintiff, | § § § | |
| VS. | § § | CIVIL ACTION NO. B-00-073 |
| WILLACY STATE JAIL,<br>    Defendant. | § § § | |

## ORDER

Under 28 U.S.C. 1915, prisoners bringing an action in forma pauperis are responsible for filing fees even if their complaint is dismissed as frivolous. Under subsection (b)(1) "The court can assess, and when funds exist, collect as a partial payment of any court fees required by law and initial partial filing fee of 20 percent of the greater of -

(A) the average monthly deposits to the prisoner's account; or

(B) the average monthly balance in the prisoner's account for the 6-month period immediately preceding filing of the complain or notice of appeal."

Charles R. Andrus, plaintiff in this case, is hereby ordered, to submit to this Court, a certified copy of the trust fund account statement (or institutional equivalent) for the 6 month period immediately preceding the filing of the complaint, in order to ensure his compliance with subsection (b)(1)(A) or (B) above, as his civil rights complaint has been dismissed as frivolous.

DONE at Brownsville, Texas, this 26th day of June, 2000.

Filemon B. Vela
United States District Judge