# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 2 5 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| CHARLES R. ANDRUS, <br> Plaintiff, | § § § | |
| VS. | § | CIVIL ACTION NO. B-00-073 |
| WILLACY STATE JAIL, <br> Defendant. | § § § § | |

## ORDER

Before the Court is Magistrate Judge's Report and Recommendation on the above referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of June 20th, 2000 should be **ADOPTED**.

IT IS **ORDERED** that the Plaintiff's 42 U.S.C. § 1983 claim be **DISMISSED**.

DONE in Brownsville, Texas on this 21st day of July, 2000.

Filemon B. Vela
United States District Judge